"O"

FILED
CLERK, U.S. DISTRICT COURT

JUL - 3 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY R. RAEL,<br><br>　　　　Petitioner,<br><br>　v.<br><br>D. ADAMS, Warden,<br><br>　　　　Respondent. | Case No. CV 08-2603 SVW (AN)<br><br>ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Magistrate Judge's Report and Recommendation ("R&R") and Petitioner's Objections thereto (which is incorrectly presented in the form of a motion for notice of Objections), *de novo*. IT IS ORDERED that:

1.　The Objections are overruled and the R&R is approved and adopted.

2.　Judgment shall be entered denying the Petition, and dismissing this action, with prejudice.

3.　All other pending motions are denied as moot.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

DATED: July 2, 2008

　　　　　　　　　　　　　　　　　　STEPHEN V. WILSON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE