ENTER / JS-6

FILED
CLERK, U.S. DISTRICT COURT
JUL - 3 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY R. RAEL,<br><br>   Petitioner,<br><br> v.<br><br>D. ADAMS, warden,<br><br>   Respondent. | Case No. CV 08-2603 SVW (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED THAT the Petition is denied, and that the entire action is dismissed, with prejudice.

DATED: July 2, 2008

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUL - 3 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY